

NUMBER 13-12-00160-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**G & L PARTNERSHIP AND ALONSO IBANEZ
D/B/A SHOE PALACE,**                                       **Appellants,**

**v.**

**CITY OF BROWNSVILLE AND BROWNSVILLE
PUBLIC UTILITIES BOARD,**                                  **Appellees.**

---

### On appeal from the 138th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellants perfected an appeal from a judgment entered by the 138th District

Court of Cameron County, Texas, in cause number 2011-DCL-4240-B. Appellants have

filed an amended unopposed notice of nonsuit without prejudice on grounds that they no

longer wish to prosecute this cause against appellees. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' amended unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITHOUT PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
7th day of June, 2012.

2